RECEIVED
IN MONROE, LA
JUN 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 3:05cv2084 |
| VS. | * | JUDGE JAMES |
| McKAY FARMS, INC. | * | MAGISTRATE JUDGE SHEMWELL |

## JUDGMENT IN REM

The defendant having been duly served, more than the required number of days having elapsed, and defendant having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor thereof,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment *in rem* in favor of Plaintiff, United States of America, and against defendant, McKAY FARMS, INC., for the principal and interest amounts set forth below, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. §1961, as follows:

| | |
|---|---|
| Unpaid principal balance of $108,800.00 note dated June 25, 1999 | $ 90,906.07 |
| Accrued interest as of September 6, 2005 | 16,982.86 |
| Plus interest thereafter at the note rate of 3.75% until date of judgment | |
| Recoverable cost | 370.00 |
| Recoverable cost | 9.47 |

with full recognition and maintenance of Plaintiff's special mortgage, lien and privilege upon the following described property, to-wit:

| No. | Item | Manufacturer | Size/Type | Serial No. |
|---|---|---|---|---|
| 32 | Cows, Mixed | | | |
| 12 | Calves, Mixed | | | |
| 1 | Bull, Charlois | | | |
| 1 | Harrow | Hankins | 6 Row | 932334 |
| 1 | Tractor | Case IH | 2394 | 10358108 |
| 1 | Chisel Plow | - | - | - |
| 1 | Disc | IH | 480 | - |
| 1 | Disc | IH | 475 | - |
| 1 | Planter | Case IH | 900 | 5901703 |
| 1 | Hipper | Amco | 6 Row | 2496 |
| 1 | Cultivator | Dickey | 6 Row | - |
| 1 | Cutter | John Deere | 4 Row | W014080015496 |
| 1 | Spray Boom | - | 12 Row | - |

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the said hereinabove described property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, <u>without appraisement</u>, for cash, to the highest bidder, and that out of the proceeds of said sale Plaintiff be paid by preference and priority over all other persons whomsoever, the amount of the claim with interest; and that the amount realized from said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to proceed against defendant for any deficiency judgment.

Finally, **IT IS ORDERED** that plaintiff have judgment for all costs of this proceeding.

JUDGMENT RENDERED AND SIGNED in Monroe, Louisiana, this 21 day of June, 2006.

~~CLERK,~~ UNITED STATES DISTRICT COURT